UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. CHARLES COUNTY, STATE OF MISSOURI, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 4:04CV984-DJS ) |
| STATE OF WISCONSIN, | ) ) |
| Defendant. | ) |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of the State of Wisconsin and against St. Charles County on all claims raised in the County's First Amended Complaint.

Dated this ____23rd____ day of May, 2005.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE